UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OSCAR VASQUEZ, | Case No.: C 11-4296 PSG |
| Plaintiff, | **STANDBY ORDER TO SHOW CAUSE** |
| v. | |
| PETER KAHL, dba, SPEISEKAMMER, INC., et al., | |
| Defendants. | |

The court has been informed that the parties have reached a settlement. Accordingly,

IT IS HEREBY ORDERED that the parties shall submit a stipulation to dismiss the case no later than December 17, 2012.

IT IS FURTHER ORDERED that if the parties do not file a stipulation to dismiss the case by the above-listed date, the parties shall appear before the court on Tuesday, January 8, 2013 at 2 p.m. to show cause why the case should not be dismissed.

Dated: November 15, 2012

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER